# Exhibit 3

| Inmate | Date | Time of Death | Media Comment | Elapsed time (minutes) |
|---|---|---|---|---|
| John Ramirez | 10/5/2022 | 6:41 PM | As the lethal dose of pentobarbital took effect, he took several short breaths then began snoring. Within a minute, all movement stopped. | 14 |
| Kosol Chanthakoummane | 8/17/2022 | 6:33 PM | He then took four breaths, gasped slightly and there was no further movement. | 15 |
| Carl Buntion | 4/21/2022 | 6:39 PM | He took a deep breath, coughed once, then took three less pronounced breaths before all movement stopped. | 13 |
| Rick Rhoades | 9/28/2021 | 6:29 PM | Then as the lethal dose of the powerful sedative pentobarbital began flowing through needles in each of his arms, Rhoades took several deep breaths, gurgled twice and began snoring, each breath becoming less pronounced. Within about a minute, all movement stopped. | 17 |
| John Hummel | 6/30/2021 | 6:49 PM | As the lethal dose of the sedative pentobarbital began to take effect, he took a half-dozen breaths, then began snoring quietly. About a minute later, all movement stopped, although his eyes didn't completely close. | 13 |
| Quintin Jones | 5/19/2021 | 6:40 PM | N/A (Media witnesses were not allowed to view the process because of a miscommunication between officials with the Texas Department of Criminal Justice.) | 12 |
| Billy Wardlow | 7/8/2020 | 6:52 PM | As the lethal dose of the powerful sedative pentobarbital was administered, he took three deep breaths, snored twice and then took a couple shallow breaths before all movement stopped. | 24 |
| Abel Ochoa | 2/6/2020 | 6:48 PM | As the lethal dose of the powerful sedative pentobarbital began, Ochoa closed his eyes and had no visible reaction. | 23 |
| John Gardner | 1/15/2020 | 6:36 PM | Shortly after the lethal dose of the powerful sedative pentobarbital began, Gardner took three deep breaths and then began snoring. Within seconds, all movement stopped. | 16 |
| Travis Runnels | 12/11/2019 | 7:26 PM | As the lethal dose of the powerful sedative pentobarbital was administered, he smiled and mouthed words and a kiss toward three female friends and two of his attorneys who watched through a window a few feet from him. He then blurted out "Woof, woof!" just before taking four quick breaths and snoring four times before all movement stopped. | 22 |
| Justen Hall | 11/6/2019 | 6:32 PM | As the lethal dose of pentobarbital took effect, Hall took a couple of deep breaths, then began snoring, each snore becoming less audible. Within seconds, all movement stopped. | 19 |
| Robert Sparks | 9/25/2019 | 6:39 PM | As the lethal dose of pentobarbital began, he said, "I love you all" and then added, "I feel it." He took two deep breaths almost immediately, snored three times and then all movement ceased. | 23 |
| Mark Soliz | 9/10/2019 | 6:32 PM | Soliz gasped, snorted and appeared to go to sleep. | 18 |
| Billy Crutsinger | 9/4/2019 | 6:40 PM | Then as the lethal dose of pentobarbital began, he said he could feel it "in my left arm. It's kind of burning." Crutsinger then began coughing and breathing heavily and then made snoring noises at least 29 times before he stopped moving. | 13 |
| Larry Swearingen | 8/21/2019 | 6:47 PM | Eyes closed, he began narrating his own death: "I can hear it going through the vein — I can taste it," he said, before describing a burning in his right arm. | 12 |
| John King | 4/24/2019 | 7:08 PM | He took a few barely audible breaths and had no other movement. | 12 |
| Billie Coble | 2/28/2019 | 6:24 PM | He gasped several times and began snoring. | 11 |
| Robert Jennings | 1/30/2019 | 6:33 PM | After [the drugs entered his body], he exhaled heavily and fell silent. [Keri Blakinger, Houston Chronicle] | 18 |
| Alvin Braziel | 12/11/2018 | 7:19 PM | As the sedative pentobarbital began taking effect, he took a couple of breaths, gasped, then snored loudly three times. The fourth snore was noticeably less pronounced, and then all movement stopped. | 9 |
| Joseph Garcia | 12/4/2018 | 6:43 PM | He gasped three times and snored twice before all movement stopped. | 13 |
| Roberto Ramos | 11/14/2018 | 9:36 PM | As the lethal dose of the powerful sedative pentobarbital began taking effect, the 64-year-old Ramos took a couple of deep breaths, sputtered once and began snoring. Within seconds, all movement stopped. | 11 |
| Daniel Acker | 9/27/2018 | 6:25 PM | He closed his eyes, took a breath, then slightly exhaled as the lethal dose of the sedative pentobarbital began taking effect. There was no additional movement. | 14 |
| Troy Clark | 9/26/2018 | 6:36 PM | As the lethal dose of the sedative pentobarbital was administered, Clark was laughing and remarked that the drug "burned going in." "I feel it," he said. Then he grunted, gasped and began to snore. Seconds later, all movement stopped. | 21 |
| Christopher Young | 7/17/2018 | 6:38 PM | As the lethal dose of the sedative pentobarbital began taking effect, he cursed twice and said the drug burned his throat. "I taste it in my throat," he said. Then he slipped into unconsciousness, saying something incomprehensible. He started taking shallow breaths. Within about 30 seconds, he stopped moving. | 25 |
| Danny Bible | 6/27/2018 | 6:32 PM | As the drug started to take effect, Bible started taking quick breaths, muttered at one point that it was "burning" and that it "hurt." His breaths then became snores and about a minute after the procedure began, all movement stopped. | 15 |
| Juan Castillo | 5/16/2018 | 6:44 PM | As the powerful sedative took effect, he lifted his head off the gurney and used an expletive to say he could taste the drug and that it burned. He took several quick breaths that became snores and then stopped all movement. | 23 |
| Erick Davila | 4/25/2018 | 6:31 PM | He was pronounced dead at 6:31 p.m. CDT, 14 minutes after the lethal dose of the powerful sedative pentobarbital was administered. | 14 |
| Rosendo Rodriguez | 3/27/2018 | 6:46 PM | Rodriguez, who turned 38 Monday, received a lethal dose of the powerful sedative pentobarbital, injected by Texas prison officials. Twenty-two minutes later, at 6:46 p.m. CT, he was pronounced dead. | 22 |
| John Battaglia | 2/1/2018 | 9:40 PM | The powerful sedative pentobarbiatal began to take effect. "Oh, I feel it," he said. He gasped twice and started to snore. Within a few more seconds, all movement stopped. | 22 |
| William Rayford | 1/30/2018 | 8:48 PM | As the lethal dose of pentobarbital began taking effect, he lifted his head from the pillow on the death chamber gurney, repeated that he was sorry and then said he was "going home." He began to snore, and within seconds all movement stopped. | 13 |
| Anthony Shore | 1/18/2018 | 6:28 PM | As the lethal dose of pentobarbital began, Shore said the drug burned. "Oooh-ee! I can feel that," he said before slipping into unconsciousness | 13 |
| Ruben Cardenas | 11/8/2017 | 10:26 PM | As the lethal dose of pentobarbital began, he took a couple of breaths and then began snoring. After less than a minute, all movement stopped. | 21 |
| Robert Pruett | 10/12/2017 | 6:46 PM | As the lethal dose of the powerful sedative pentobarbital began to flow, he started to chant: "Love. Light. It's forever." His voice rose as he repeated the phrase. | 29 |
| Taichin Preyor | 7/27/2017 | 9:22 PM | As the lethal dose of pentobarbital began taking effect, he took several deep breaths, then began snoring, each sound decreasing in volume. Within a minute, all movement stopped. | 19 |
| James Bigby | 3/14/2017 | 6:31 PM | As the lethal dose of pentobarbital began, he prayed and said several times: "I promise, I'm sorry." He was singing "Jesus Loves Me" as the drug took effect, took a few breaths, started snoring and then stopped all movement. | 14 |

| Name | Date | Time | Description | Age |
|---|---|---|---|---|
| Rolando Ruiz | 3/7/2017 | 11:06 PM | As the lethal dose of pentobarbital was administered, he took several deep breaths, then began snoring quietly. All movement stopped within about 30 seconds. | 29 |
| Terry Edwards | 1/26/2017 | 10:17 PM | As the lethal dose of pentobarbital was administered, he began snoring quickly. Within about 30 seconds, all movement stopped. | 23 |
| Christopher Wilkins | 1/11/2017 | 6:29 PM | Before the drug was administered, he twice mouthed "I'm sorry," to two relatives of one of the murder victims as they watched through a window. He gave no final statement. | 13 |
| Barney Fuller | 10/5/2016 | 7:01 PM | He took a couple of breaths, then began snoring. Within 30 seconds, all movement stopped. | 38 |
| Pablo Vasquez | 4/6/2016 | 6:35 PM | He snorted loudly once, then dropped his head back to the pillow and took a few quiet breaths before all movement stopped. | 24 |
| Adam Ward | 3/22/2016 | 6:34 PM | He was given a lethal dose of pentobarbital and as it took effect, he took a deep breath followed by a smaller one. He then stopped moving. | 12 |
| Coy Wesbrook | 3/9/2016 | 8:04 PM | As the lethal dose of the sedative pentobarbital took effect, he took two deep breaths, then began snoring. A few seconds later, all movement stopped. | N/A |
| Gustavo Garcia | 2/16/2016 | 6:26 PM | As the pentobarbital began taking effect, he yawned, gurgled, exhaled and started to snore quietly. Within 30 seconds, all movement stopped. | 16 |
| James Freeman | 1/27/2016 | 6:30 PM | As the pentobarbital began taking effect, he snored about five times and coughed slightly once. | 16 |
| Richard Masterson | 1/20/2016 | 6:53 PM | As the pentobarbital took effect, he began snoring. After about a dozen snores, he stopped moving. | 25 |
| Raphael Holiday | 11/18/2015 | 8:30 PM | As the lethal dose of pentobarbital began, he took two deep breaths and appeared to yawn, his mouth remaining open as he wheezed several times. Then all movement stopped. | 19 |
| Licho Escamilla | 10/14/2015 | 6:31 PM | He took two breaths as the sedative pentobarbital took effect, then became still. | 18 |
| Juan Garcia | 10/6/2015 | 6:26 PM | As the dose of pentobarbital began, he winced, raised his head and then shook it. He gurgled once and snored once before his movement stopped. | 12 |
| Daniel Lopez | 8/12/2015 | 6:31 PM | As the drugs took effect, he took two deep breaths, then two shallower breaths. Then all movement stopped. | 15 |
| Gregory Russeau | 6/18/2015 | 6:49 PM | He began snoring as the lethal dose of pentobarbital began and all movement stopped within about a minute. | 21 |
| Lester Bower | 6/3/2015 | 6:36 PM | As the lethal dose of pentobarbital took effect, he snored quietly about six times and then stopped moving. | 18 |
| Derrick Charles | 5/12/2015 | 6:36 PM | As the pentobarbital took effect, he took two breaths, yawned and then appeared to go to sleep. | 25 |
| Manuel Garza | 4/15/2015 | 6:40 PM | As the lethal drug began taking effect, Garza uttered: "Here it comes!" His voice rose as he said "Good bye," and then he let out a howl that was cut short within seconds as he took three deep breaths, then a couple shallow ones. | 26 |
| Kent Sprouse | 4/9/2015 | 6:33 PM | He took several deep breaths after the execution drug pentobarbital began taking effect, then began snoring. Within a minute, all movement stopped. | 22 |
| Manuel Vasquez | 3/12/2015 | 6:32 PM | He took three deep breaths, then began snoring loudly. The snores became progressively quiet, and all movement stopped within less than a minute. | 17 |
| Donald Newbury | 2/4/2015 | 6:25 PM | As the lethal dose of pentobarbital took effect, he closed his eyes, then took a deep breath and began snoring. After about a dozen snores, each a bit quieter, he stopped all movement. | 11 |
| Robert Ladd | 1/29/2015 | 7:02 PM | As the drug took effect, he said: "Stings my arm, man!" He began taking deep breaths, then started snoring. His snores became breaths, each one becoming less pronounced, before he stopped all movement. | 27 |
| Arnold Prieto | 1/21/2015 | 6:31 PM | As the injection began, he said he could smell it, then uttered, "Whoa." He immediately began snoring, each snore a bit more quiet. After about five snores, he stopped moving. | 20 |
| Miguel Paredes | 10/28/2014 | 6:54 PM | As the drugs began taking effect, he took several deep breaths while praying. He started to snore and eventually stopped. | 22 |
| Lisa Coleman | 9/17/2014 | 6:24 PM | There was a slight gasp and her eyes closed. Her death appeared to be calm and peaceful, in contrast with some other recent lethal injection executions in the U.S. | 12 |
| Willie Trottie | 9/10/2014 | 6:35 PM | As the lethal dose of the powerful sedative pentobarbital took effect, he closed his eyes and breathed quietly. After about eight breaths, he opened his mouth to exhale, then closed it. There was no further movement. | 22 |
| Jose Villegas | 4/16/2014 | 7:04 PM | Just as the dose of pentobarbital began taking effect, he said, "It does kind of burn. Goodbye." He gasped several times, then began breathing quietly. Within less than a minute, all movement had stopped. | 11 |
| Ramiro Hernandez | 4/9/2014 | 6:28 PM | As the lethal drug took effect, he snored loudly twice, then appeared to go to sleep. Within seconds, all movement stopped. | 11 |
| Tommy Sells | 4/3/2014 | 6:27 PM | As the drug began flowing into his arms inside the death chamber in Huntsville, Sells took a few breaths, his eyes closed and he began to snore. After less than a minute, he stopped moving. | 13 |
| Anthony Doyle | 3/27/2014 | 6:49 PM | The prisoner's eyes closed as the sedative pentobarbital was injected. He took a few breaths, then began to snore quietly. Soon, he stopped moving. | 25 |
| Ray Jasper | 3/19/2014 | 6:31 PM | As the drug started to take effect, he took a couple of deep breaths, then began snoring - each snore less noticeable until all movement stopped. | 20 |
| Suzanne Basso | 2/5/2014 | 6:26 PM | As the lethal dose of pentobarbital took effect, Basso, dressed in a white prison uniform, began to snore. Her deep snoring became less audible and eventually stopped. | 11 |
| Edgar Tamayo | 1/22/2014 | 9:32 PM | As the lethal dose of pentobarbital began taking effect, he took a few breaths and then made one slightly audible snore before all movement stopped. | 17 |
| Jerry Martin | 12/3/2013 | 6:27 PM | As the lethal dosage began being applied, Martin said, "Jesus," along with some incoherent words, and then began to slip under the effects of the drug. | 11 |
| Jamie McCoskey | 11/12/2013 | 6:44 PM | McCoskey let out a loud laugh, then began taking deep breaths that became several snores. | 19 |
| Michael Yowell | 10/9/2013 | 7:11 PM | He took several deep breaths, then began snoring. Within about 30 seconds, all movement stopped. | 19 |
| Arturo Diaz | 9/26/2013 | 6:30 PM | Diaz's reaction to the drug was similar to other Texas inmates who have been executed with pentobarbital. He took several deep breaths, began snoring and ceased movement in less than a minute. | 17 |
| Robert Garza | 9/19/2013 | 8:41 PM | He took several deep breaths as a lethal dose of pentobarbital began flowing into his arms, then began snoring. All movement stopped within less than a minute. | 26 |
| Douglas Feldman | 7/31/2013 | 6:28 PM | As the drug began taking effect, he grimaced twice, took a few deep breaths and began snoring. Then all movement stopped. | 13 |
| Vaughn Ross | 7/18/2013 | 6:38 PM | As the lethal dose of pentobarbital began taking effect, Ross took several breaths, then began snoring. He let out a gurgle, snored once more and then stopped all movement. | 22 |
| John Quintanilla | 7/16/2013 | 7:32 PM | As the lethal drug began taking effect, he snored about a half dozen times, then stopped breathing. | 15 |
| Kimberly McCarthy | 6/26/2013 | 6:37 PM | Then she smiled and began to snore. Her chest briefly moved up and down rapidly. She lost consciousness, and Booth's family nodded in approval.[Jennifer Emily, Dallas Morning News] | 20 |
| Elroy Chester | 6/12/2013 | 7:04 PM | He then took several deep breaths, yawned and began snoring as the lethal drug took effect. | 27 |

| Jeffrey Williams | 5/15/2013 | 6:36 PM | He briefly picked up his head as the lethal drug took effect, then took several deep breaths and began gently snoring, | 26 |
| --- | --- | --- | --- | --- |
| Carroll Parr | 5/7/2013 | 6:32 PM | As the lethal drug began flowing into his arms, he took a breath, yawned, then began snoring. | 19 |
| Richard Cobb | 4/26/2013 | 6:27 PM | His head fell back on the pillow, and his neck twisted at an odd angle, with his mouth and eyes open. | 15 |
| Ronnie Threadgill | 4/16/2013 | 6:39 PM | As the lethal dose of pentabarbital began taking effect, he took several deep breaths, then began snoring loudly. Within a few seconds, the sounds stopped. | 25 |
| Ricky Lewis | 4/9/2013 | 6:32 PM | As the drug began taking effect, he said he could feel it "burning my arm." "I feel it in my throat. I'm getting dizzy," Lewis said before he started to snore and, seconds later, lost consciousness. | 14 |
| Carl Blue | 2/21/2013 | 6:56 PM | Blue took about a dozen breaths as the lethal drug began taking effect. He said he could "feel it," then slipped into unconsciousness before being pronounced dead. | N/A |
| Preston Hughes | 11/15/2012 | 7:52 PM | He took several deep breaths and then stopped moving. | 15 |
| Ramon Hernandez | 11/14/2012 | 6:38 PM | He took several breaths as the lethal dose of pentobarbital took effect, then began snoring quietly. Within a minute, all movement stopped. | 26 |
| Mario Swain | 11/8/2012 | 6:39 PM | When asked by a warden if he had a final statement before his punishment, the condemned prisoner shook his head, closed his eyes and took several barely audible breaths. When asked by a warden if he had a final statement before his punishment, the condemned prisoner shook his head, closed his eyes and took several barely audible breaths. Within a moment, all movement stopped. | 30 |
| Donnie Roberts | 10/31/2012 | N/A | He repeated that he was sorry and took several deep breaths as the lethal dose of pentobarbital began taking effect. He snored briefly before slipping into unconsciousness, and was pronounced dead 23 minutes later. | 23 |
| Bobby Hines | 10/24/2012 | 6:28 PM | As the lethal dose of pentobarbital was administered, he said he could feel it and was stopped in midsentence. He snored once, then slipped into unconsciousness. | 12 |
| Jonathan Green | 10/10/2012 | 10:45 PM | He then looked down and said his left arm, where one of the needles carrying the lethal drug was inserted, and said, "It's hurting me bad." But almost immediately he began snoring loudly. The sounds stopped after about six breaths. | 18 |
| Cleve Foster | 9/25/2012 | 6:43 PM | As the drugs began taking effect and while he was repeatedly saying he loved his family, he began snoring, then he stopped breathing. | 25 |
| Robert Harris | 9/20/2012 | 6:43 PM | He snored briefly as the lethal dose of pentobarbital began, then all breathing stopped. | N/A |
| Marvin Wilson | 8/7/2012 | 6:27 PM | As the drug took effect, Wilson quickly went to sleep. He briefly snored before his breathing became noticeably shallow. Then it stopped. | 14 |
| Yokamon Hearn | 7/18/2012 | N/A | Hearn showed no apparent unusual reaction to the drug as his execution began. | 25 |
| | 7:05 PM | | Inmates executed with pentobarbital from a compounding pharmacy are in bold type. All descriptions are by Michael Gracyk, AP reporter with the noted exceptions. | 18.7 |

| Late executions | (after 7:30 pm) | Total |
| --- | --- | --- |
| 2012 | 2 | 15 |
| 2013 | 2 | 16 |
| 2014 | 1 | 10 |
| 2015 | 1 | 13 |
| 2016 | 1 | 7 |
| 2017 | 3 | 7 |
| 2018 | 3 | 13 |
| 2019 | 0 | 7 |
| 2020 | 0 | 3 |
| 2021 | 0 | 3 |
| 2022 | 0 | 3 |